IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ELLIOTT KOGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:05cv850 |
| | ) ELECTRONIC FILING |
| ROBERT HALF INTERNATIONAL, ROBERT HALF LEGAL, APARNA SHARMA, | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM ORDER

AND NOW, this 7th day of March, 2007, upon due consideration of pro se plaintiff's Motion for Sanctions or Alternatively for Summary Judgement, and defendants' response thereto, IT IS ORDERED that the motion (Doc. No. 22) be, and the same hereby is, denied. Plaintiff has failed to meet the requirements for summary judgement or otherwise demonstrate that sanctions are warranted.

Todd Elliott Koger ("plaintiff"), a pro se litigant with prior legal education who has filed no fewer than six prior actions in this district since 1994 advancing various claims of discrimination, each of which has been adversely resolved against plaintiff for lack of merit, commenced this action seeking injunctive and monetary relief for alleged denial of employment opportunities due to purported race and age discrimination. Plaintiff has developed a personal style and approach to proceeding with the litigation he commences, which style and approach are reflected in record as a whole and the instant motions currently under review. Seizing on what plaintiff believes to be a legal shortcoming in defendant's ability to defend against his selective allegations, plaintiff has filed numerous motions seeking to obtain victory by precluding defendants from advancing any defense to his "claim" of invidious discrimination.

Plaintiff's motion for summary judgment is unavailing. Federal Rule of Civil

Procedure 56(c) provides that summary judgment may be granted if, drawing all inferences in favor of the non-moving party, "the pleadings, depositions, answers to interrogatories and admissions on file, together with the affidavits, if any, show that there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law." Plaintiff's motion fails to demonstrate that the undisputed facts of record warrant judgment in plaintiff's favor as a matter of law. To the contrary, plaintiff has failed to present undisputed material facts in support of his motion. Merely citing to allegations plaintiff claims he can testify to and placing a zealous interpretation on any evidence or information to the contrary does not present undisputed material facts. Nor does selective interpretations of testimony or affidavits advanced by the opposing party. Furthermore, plaintiff has failed to present clear and concise references to the record to support the "facts" he does advance in his motion. Finally, the pleadings, depositions and answers to interrogatories and admissions on file demonstrate clearly that the "facts" advanced by plaintiff in support of his motion are at the very least disputed through competent evidence to the contrary. Accordingly, plaintiff's motion must be denied.

David Stewart Cercone
United States District Judge

cc: Todd Elliott Koger
515 Kelly Avenue
Pittsburgh, PA 15221

Gregory A. Miller, Esquire
Jaime S. Tuite, Esquire
Buchanan Ingersoll PC
20th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219